NO. 07-11-00170-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 20, 2011

RICKY W. TURNER, APPELLANT

v.

ARLIE FOX, ET. AL, APPELLEES

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 98,818-E; HONORABLE DOUGLAS WOODBURN, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Ricky W. Turner, an inmate appearing *pro se,* filed a notice of appeal in trial court cause number 98,818-E in the 108th Judicial District Court of Potter County on April 18, 2011. He did not pay the required filing fee, nor did he file an affidavit of indigence.  *See* Tex. R. App. P. 5 (unless excused by law, filing fee in civil case due when item presented for filing); 20.1 (procedure for indigent in civil cases).  By letter of April 25, 2011, we notified Turner that "the filing fee in the amount of $175.00 has not been paid.  Failure to pay the filing fee within ten (10) days from the date of this notice

may result in a dismissal.  *See* Tex. R. App. P. 42.3(c)."  Turner did not pay the filing fee or file an affidavit of indigence.

Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 5, 42.3(c).


Per Curiam